SPENCER FANE LLP
**Catherine Schlomann Robertson, Esq.** (State Bar No. 136213)
**Ginger Lee Sotelo, Esq.** (State Bar No. 210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Email: crobertson@spencerfane.com
gsotelo@spencerfane.com

Attorneys for Plaintiffs
JEANNE HUBBARD AND JOHN HUBBARD

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

| | |
|---|---|
| In re: Emrah Gures | Case No. 23-50363 |
| Debtor | Chapter 13 |
| Jeanne Hubbard and John Hubbard, | Adv.: 23-05019 |
| Plaintiffs | **STIPULATION DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| Emrah Gures, | |
| Defendant. | |

Plaintiffs Jeanne Hubbard and John Hubbard and Defendant Emrah Gures hereby stipulate in accordance with Fed. R. Civ. Proc. 41(a)(1)(A)(ii) that this action be dismissed in its entirety without prejudice, the underlying bankruptcy matter, In re: Emrah Gures, Case No. 23-50363 having been dismissed, with each side bearing their own attorney fees, costs, and litigation expenses.

DATED:
SPENCER FANE LLP

By: /s/ Ginger L. Sotelo
Ginger L. Sotelo, Esq.

Attorneys for Plaintiffs
JEANNE HUBBARD AND JOHN HUBBARD

DATED: 10/24/2024
LAW OFFICES OF DAVID A. BOONE

By: [signature]
David A. Boone, Esq.

Attorneys for Defendant
EMRAH GURES

---
STIPULATION DISMISSING ACTION(Case No. 23-50363)

1